AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

**ELIZABETH SANDERS,**

       **Plaintiff,**

                                  **JUDGMENT IN A CIVIL CASE**

v.

                                  **CASE NO. 2:14-CV-0249**

**COMMISSIONER OF**                  **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**                  **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendant.**

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the OPINION AND ORDER filed March 4, 2015, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g), Sentence Four.**

Date: March 4, 2015                                  RICHARD W. NAGEL, CLERK

                                                     */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk